# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**PASCUAL MANCINAS,**<br><br>　　　　　　Defendant. | **8:14CR76**<br><br>**ORDER** |

This matter comes on before the Court upon the United States' Motion to Vacate Preliminary Order and Dismiss Forfeiture Allegation (Filing No. 71). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained. Accordingly,

IT IS ORDERED:

1. The United States' Motion is hereby sustained.

2. The Preliminary Order of Forfeiture (Filing No. 63) is vacated and the Forfeiture Allegation of the Indictment is hereby dismissed.

DATED this 22nd day of September, 2014

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge